# United States Bankruptcy Court

## District of ___ OREGON ___

**Voluntary Petition**

Form No. 1

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| ALTHAUS, MARK EDWARD | ALTHAUS, JACKIE LOUISE |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| NONE | Jackie Gordon         **04-64302** |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
|---|---|
| 0915 | 1360 |

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| 3356 SE Devon Place<br>Albany, OR 97322 | 1739 SW 17th Avenue<br>Albany, OR 97321 |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Linn | Linn |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| | |

| Location of Principal Assets of Business Debtor (if different from street address above): | Name and Address of Debtor's Attorney (or enter "none"): |
|---|---|
| | MELVIN T. ROLLEMA<br>PO Box 1409<br>Albany, OR 97321<br>Telephone No. 541-928-5000     OSB No. 78358 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

[X] Individual(s)
[ ] Corporation
[ ] Partnership
[ ] Other _____

[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[X] Chapter 7
[ ] Chapter 9
[ ] Sec. 304 - Case ancillary to foreign proceeding
[ ] Chapter 11
[ ] Chapter 12
[ ] Chapter 13

**Nature of Debts** (Check one box)

[X] Consumer/Non-Business
[ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

[X] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

PAID 202
LODGED
DOCKETED     04 MAY 28 AM 9:54     REC'D KW

CLERK, US BANKRUPTCY COURT
DISTRICT OF OREGON

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

⬤                    ⬤

| **Voluntary Petition** | Name of Debtor(s): | Form No. 1, Page 2 |
|---|---|---|
| *(This case must be completed and filed in every case)* | MARK EDWARD & JACKIE LOUISE ALTHAUS | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | N/A | Case Number: | | Date Filed: |
|---|---|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | N/A | Case Number: | Date Filed: |
|---|---|---|---|
| District: | | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and chose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Debtor

*Jackie Althaus*
_____
Signature of Joint Debtor

541-928-4434 / W-541-730-0797
Telephone Number (If not represented by attorney)

05/21/04
Date

### Signature of Attorney

_____
Signature of Attorney for Debtor(s)

MELVIN T. ROLLEMA
Printed Name of Attorney for Debtor(s)

Attorney at Law
Firm Name

Post Office Box 1409
Address

Albany OR 97321

541-928-5000
Telephone Number

05/21/04
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____  05/21/04
Signature of Attorney for Debtor(s)    Date

STEVENS-NESS LAW PUBLISHING CO.
Portland, Oregon 97204
3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Case No._____

MARK EDWARD ALTHAUS
JACKIE LOUISE ALTHAUS

**EXHIBIT "C"**
[If not an Ex. on Petition Pg. 2, then to
be FULLY completed by ALL debtors
and attached to ALL copies of the Petition.]

Debtor(s)

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is NOT acceptable!)**

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety: NONE

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety: NONE

3. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION: NONE

4. Street address of principal assets (note property): NONE

5. [If debtor(s) an individual] Is debtor(s), OR has debtor(s) ever been within the 6 years prior to filing, either: self-employed or a sole proprietor; a partner, other than a limited partner, of a partnership; or an officer, director, managing executive, or person in control of a corporation? ☐ YES ☒ NO
   If YES, complete ALL questions in the Statement of Affairs.

6. [Unless EXACT question already answered on Petition] If debtor is CORPORATION, list name and address of chief executive officer; if debtor is PARTNERSHIP, list names and addresses of general partners: NONE

7. Total GROSS income of the individual debtor(s) for the last tax year: $ 32,950 (i.e., before any deductions).
8. Total amount of unsecured debt: $ 26,898 .
9. Total Noncontingent, Liquidated Farming Operation Debt: $ NONE
10. Total GROSS income from farming operation for the individual debtor(s) for last tax year: $ NONE .
11. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does not have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C" is true and correct.

DATED: 05/21/04     541-928-4434     541-730-0797

Debtor's Signature     Phone #     Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:

Individual Name and Firm (Type or Print):_____

Address (Type or Print):_____

Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:_____

Signature:_____ Social Security #:_____ Phone #:_____

[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits any payment to any person for services until the court filing fees are paid in full.]

EXHIBIT C (12/1/01)     Case 04-64302-aer7    Doc 2    Filed 05/28/04

STEVENS-NESS LAW PUBLISHING CO.
Portland, Oregon   www.stevensness.com
4                          NB

# United States Bankruptcy Court

For the _____ District of __OREGON_____

In re _____
_____
ALTHAUS
Debtor(s)

Case No. _____

**FOR COURT USE ONLY**

## DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION
### UNDER 11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)
(Note: This will NOT be considered as a proof of claim or application for compensation.)

I, __MELVIN T. ROLLEMA_____, the attorney for the debtor(s) declare the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor(s) in or in connection with this case under title 11, U.S.C., such payment or agreement having been made after one year before the date of the filing of the petition, is as follows: $__400_____ paid, $____0_____ to be paid, the source of the compensation paid was _____ _____ _____, and the source of the compensation agreed to be paid is _____ _____

I further certify all filing fees for this case have/will be paid in full before I received/receive any payment of compensation from the debtor(s).

☐ I have  x̶x̶x̶ have not (indicate which) agreed to share this compensation with any other person. [*If appropriate*] The details of such sharing or agreement to share are as follows [*except that no such details are required of any agreement for the sharing of the compensation with a member or regular associate of the attorney's law firm*]:

_____     _____
Signature of Attorney for Debtor(s)     MELVIN, T. ROLLEMA          Date     05/21/04

Rule 2016(b): DISCLOSURE OF COMPENSATION PAID OR PROMISED TO ATTORNEY FOR DEBTOR. Every attorney for a debtor, whether or not the attorney applies for compensation, shall file with the court on or before the first date set for the meeting of creditors, or at another time as the court may direct, the statement required by § 329 of the Code which shall also set forth whether the attorney has shared or agreed to share the compensation with any other person. The statement shall include the particulars of any such sharing or agreement to share by the attorney, but the details of any agreement for the sharing of the compensation with a member or regular associate of the attorney's law firm shall not be required.

NOTE: It is recommended this statement be filed at the time of filing the schedules.

STEVENS-NESS LAW PUBLISHING CO.
Portland, Oregon   www.stevensness.com
5                                                EA

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) Case No._____ | **(NOTE:** There may be no Case No. |
| | ) | if this was filed |
| | ) **INDIVIDUAL DEBTOR'S\*** | with the original |
| MARK EDWARD ALTHAUS | ) **STATEMENT OF INTENT** | papers, BUT you |
| JACKIE LOUISE ALTHAUS | ) **ABOUT THE DISPOSITION** | will receive full |
| | ) **OF ESTATE PROPERTY** | information on |
| | ) **USED AS COLLATERAL TO** | this case within |
| | ) **SECURE CONSUMER DEBTS;** | about 30 days!) |
| Debtor(s) | ) **AND CREDITOR REMEDY** | |

**\*IMPORTANT NOTICES TO DEBTOR(S):**

(1) **SIGN AND FILE this form** <u>even if</u> you show "NONE," **AND,** if creditors are listed, **have the service (e.g., mailing) certificate COMPLETED;** <u>AND</u>

(2) **Failure to perform** the intentions stated below within 45 days of filing this document can result in prompt relief for the creditor from the Automatic Stay protecting your property.

| CREDITOR | PROPERTY | PROPERTY WILL BE SURRENDERED | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PER 11 USC §722 | PROPERTY WILL BE REAFFIRMED PER 11 USC §524(c) | WILL NOT REAFFIRM – CONTRACT CURRENT |
|---|---|---|---|---|---|---|
| | | | PROPERTY TO BE RETAINED (CHECK ANY APPLICABLE STATEMENT) | | | |
| Honda Financial | 98 Honda Accord LX | | XXX | | | XXX |
| Radio Shack | television | | | | | XXX |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*I, THE UNDERSIGNED DEBTOR, CERTIFY THAT* THE ABOVE IS MY INTENTION AS TO PROPERTY SECURING CONSUMER DEBTS.

H-0915
H-1368

DATE: _05/21/04_

_____     _Jackie Althaus_
DEBTOR'S SIGNATURE          (LAST 4 DIGITS OF SOC. SEC. #
W-1739 SW 17th Avenue  H-3356 SE Devon Pl
DEBTOR'S MAILING ADDRESS
Albany OR 97321/          Albany OR 97322

*I, THE UNDERSIGNED, CERTIFY THAT* COPIES OF **BOTH** THIS DOCUMENT AND LOCAL FORM #715 WERE SERVED ON **BOTH:** (a) ANY CREDITOR NAMED ABOVE, **AND** (b) THE TRUSTEE IF THIS STATEMENT WAS NOT FILED WITH THE PETITION.

DATE: _05/24/04_

_____                    78358
DEBTOR OR ATTORNEY'S SIGNATURE          OSB# (if attorney)
MELVIN T. ROLLEMA    541-928-5000
PRINT OR TYPE SIGNER'S NAME & PHONE NO.
PO Box 1409, Albany OR 97321
SIGNER'S ADDRESS (if attorney)

### NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS

Creditors, see Local Form #715 [which is either on the back of, or attached to, this document] if you wish information on how to obtain NON-JUDICIAL relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

### COURT ORDERED CREDITOR'S REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS

A creditor may receive relief from the Automatic Stay, using instructions and forms provided by the Clerk's office (PORTLAND (503) 326-2231, or EUGENE (541) 465-6448), if a debtor fails to perform the intentions stated above within 45 days of this form's service date. The creditor shall conform to all procedures set forth in the current version of Local Forms #720.50, 720, and 721; **EXCEPT THE FOLLOWING SPECIFIC MODIFICATIONS MAY BE MADE TO LOCAL FORM #720.50:**

1. The Notice of Motion shall be placed on Local Form #720; <u>AND</u>
2. The Motion need only: (a) attach a true copy of the Debtor's Statement of Intention received by the creditor; (b) state the debtor failed to perform such intention within 45 days of the mailing date; and (c) request Relief from the Automatic Stay.

### QUESTIONS????

**Call an attorney with questions about these procedures or the law. However, only call the debtor's attorney if you have questions about the debtor's intent as to your collateral.**

521 (11/10/03)                    Case 04-64302-aer7   Doc 2   Filed 05/28/04

## PROCEDURES CREATED BY THE BANKRUPTCY COURT CONCERNING REQUESTS FOR NON-JUDICIAL RELIEF FROM THE AUTOMATIC STAY AS TO SECURED COLLATERAL IN CHAPTER 7 CASES

If you are interested in expediting relief from the automatic stay of 11 U.S.C. §362(a) as to property in which you hold a security interest, **YOU MUST FURNISH** the trustee a statement of the balance due and estimated property value. **ALSO ATTACH** a copy of your security agreement and other documents required for perfection (e.g., if the security is an automobile, a copy of the certificate of title showing your security interest). **YOU MUST ALSO ATTACH** a completely filled out (except for signatures) copy of LBF #750.

**DO NOT FILE THE REQUEST NOR ANY COPIES THEREOF WITH THE COURT! ALSO, YOU ARE NOT REQUIRED TO FILE THE COMPLETED LBF #750 WITH THE COURT TO MAKE THIS RELIEF EFFECTIVE!**

Under §522(f) of the Bankruptcy Code the debtor may request a judicial lien or a nonpossessory, non purchase-money security interest on certain exempt property be voided to the extent the exemption is impaired by the lien or security interest. Under §722 the debtor may request the court determine the value of certain personal property and permit the debtor to redeem the property from any lien against it by paying that value to the lien holder. Because of these two sections, the consent of both the trustee and the debtor is required to permit a repossession or foreclosure without court order.

IF YOUR REQUEST TO RECEIVE NON-JUDICIAL RELIEF FROM STAY WILL BE MADE **AT THE MEETING OF CREDITORS (OR IS SERVED WITHIN 15 DAYS PRIOR TO** SUCH MEETING and therefore will be considered at the meeting), it must be in writing and contain all the information required in the first paragraph above. Copies of all documents must be submitted to the debtor and any debtor's attorney prior to that meeting.

IF YOU WISH TO RECEIVE NON-JUDICIAL RELIEF FROM STAY **PRIOR TO** THE MEETING OF CREDITORS, OR IF YOUR REQUEST IS MADE **AFTER** THE MEETING OF CREDITORS, IT MUST BE IN WRITING and contain all the information required in the first paragraph above. If the request includes a signed debtor stipulation, nothing further is required and the trustee may immediately process the request. However if the request does not include a signed debtor stipulation, then it MUST BOTH: (1) certify copies of all documents were simultaneously served on (e.g., mailed to) the debtor and any debtor's attorney, **AND** (2) **clearly** set out the following notice:

> "By way of this letter the debtor is informed that the trustee may grant non-judicial relief from the automatic stay as to the property UNLESS THE TRUSTEE IS NOTIFIED IN WRITING WITHIN 15 DAYS AFTER THE SERVICE OF THIS REQUEST THAT THE DEBTOR OBJECTS TO SUCH RELIEF. Such relief shall constitute a termination of the stay provided by 11 U.S.C. §362(a) and will permit this creditor to foreclose this creditor's lien or security interest by repossession or as otherwise provided by law."

Objections to non-judicial relief from the automatic stay, unless made at the meeting of creditors, must be in writing, with a copy simultaneously served on the debtor, requesting creditor, trustee, and their respective attorneys of record. The objection must be post-marked by the 15th day after the request was served, and received by the trustee within 20 days, or the trustee may grant the request.

If the trustee receives a timely objection from the debtor, the trustee shall not grant non-judicial relief or consider repetitive requests by the same creditor unless the debtor withdraws such objection in writing.

The trustee will grant non-judicial relief from the automatic stay if the above requirements are met, the debtor either does not timely object or stipulates in writing to such relief, and there appears to be no equity in the property for the benefit of creditors.

Signing of LBF #750 by the trustee, granting non-judicial relief, shall constitute a termination of the stay of an act against such property under 11 U.S.C. §362(a). The trustee, however, shall not be deemed to have abandoned the trustee's interest in the property, nor have waived any other rights as to the property. Any non-exempt equity in the property remaining after disposition shall be immediately returned to the trustee.

If either the trustee or the debtor(s) will not agree to such relief for any reason, you must file a motion for relief from stay under §362(d). Instructions and forms may be obtained from the Clerk's office.

**IMPORTANT:** All requests to the trustee **MUST** be accompanied by a self-addressed and stamped envelope, or the trustee need not respond.

Case 04-64302-aer7    Doc 2    Filed 05/28/04

STEVENS-NESS LAW PUBLISHING CO.
Portland, Oregon   www.stevensness.com
6                    NB

# United States Bankruptcy Court

For the _____ District of OREGON _____

In re _____

ALTHAUS

_____                    Case No. _____

Debtor(s)

FOR COURT USE ONLY

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from SCHEDULES A, B, D, E, F, I, and J in the boxes provided. Add the amounts from SCHEDULES A and B to determine the total amount of the debtor's assets. Add the amounts from SCHEDULES D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| Name of Schedule | Attached (Yes / No) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ | | |
| B – Personal Property | YES | 2 | $ 8,200 | | |
| C – Property Claimed as Exempt | YES | 1 | | | |
| D – Creditor Holding Secured Claims | YES | 1 | | $ 7,507 | |
| E – Creditor Holding Unsecured Priority Claims | YES | 1 | | $ 600 | |
| F – Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 26,298 | |
| G – Executory Contracts and Unexpired Leases | YES | ½ | | | |
| H – Codebtors | YES | ½ | | | |
| I – Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,881 |
| J – Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 2,332 |
| Total Number of Sheets in ALL Schedules | | 12 | | | |
| Total Assets | | | $ 8,200 | | |
| Total Liabilities | | | | $ 34,405 | |

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
7                              NB

In re _____

_____ALTHAUS_____
                                              Debtor(s)

Case No. _____

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in SCHEDULE G – Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See SCHEDULE D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in SCHEDULE C – Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| NONE | | | | |
| **Subtotal** (Total of this page) | | | $ | |
| **Total** (Use only on last page of the completed Schedule A) | | | $       0 | |

_____ continuation sheets attached.

(Report total also on Summary of Schedules)

In re _____
ALTHAUS
_____
Debtor(s)

Case No. _____

## SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in SCHEDULE C.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in SCHEDULE G.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

**FOR COURT USE ONLY**

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, Community | Current Market Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | approx balance-Washington Mutual<br>approx balance-Washington Mutual | W<br>H | 25<br>25 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household furnishings<br>household furnishings, including computer | W<br>H | 300<br>400 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | W | 100 |
| 7. Furs and jewelry. | X | | H | 100 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | firearms | H | 600 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | cash value, life insurance | J | 800 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(a) | W | unknown |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re _____

_____ALTHAUS_____
                                    Debtor(s)

Case No. _____

## SCHEDULE B – PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, Community | Current Market Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor – include tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | 1998 Honda Accord LX | W | 5,850 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops – Growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total | $    8,200 |

_____ continuation sheets attached.

(Include amounts from any continuation
sheets attached. Report total also
on Summary of Schedules.)

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
10                              NB

In re _____
_____ ALTHAUS _____
_____
                                    Debtor(s)

Case No. _____

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under (check one box):
☐ 11 U.S.C. § 522(b)(1)Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
XXX 11 U.S.C. § 522(b)(2)Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

**FOR COURT USE ONLY**

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Clothing, jewelry | ORS 18.345(1)(b)(3) | 3,600 | 200 |
| Tools of Trade | ORS 18.345(1)(c)(3) | 6,000 | |
| Automobile: | | | |
| Husband: | ORS 18.345(1)(d) | 1,700 | |
| Wife:  1998 Honda Accord LX | ORS 18.345(1)(d) | 1,700 | 5,850 |
| Household furnishings | ORS 18.345(1)(f) | 3,000 | 700 |
| Tax refund based on Federal earned income tax credit | ORS 18.345(1)(n) | all | |
| Cash on hand, deposits, tax refunds | ORS 18.345(1)(o) | 800 | unknown |
| Exempt wages held in bank accounts | ORS 18.348 | 7,500 | 50 |
| Firearms | ORS 18.362 | 1,000 | 600 |
| Retirement IRA, 401(k) | ORS 18.358 | all | unknown |
| Wife's 401(a) | | | |
| Cash surrender value of life insurance | ORS 743.046 | all | 800 |
| Exempt wages | ORS 18.385 | 75% | 75% |

EVENS-NESS LAW PUBLISHING CO.
ortland, OR    www.stevensness.com
11                          EA

In re _____
    ALTHAUS

    _____
                                Debtor(s)

Case No. _____

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zipcode, and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

**FOR COURT USE ONLY**

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete SCHEDULE H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the SUMMARY OF SCHEDULES.

    **NOTE: FOR CHAPTER 12 CASES ONLY** – SCHEDULES D, E and F shall be prepared by first listing all farm related debts (clearly set out under the heading **"FARMING OPERATION DEBTS"**) followed by a subtotal of such debts; then listing all non-farm debts (clearly set out under the heading **"NON-FARM DEBTS"**), followed by a subtotal of such debts; and then a total of all debts listed in that schedule.

    ☐ Check this box if debtor has no creditors holding secured claims to report on this SCHEDULE D.

| Creditor's Name and Mailing Address Including Zip Code and Account No. (See instructions above.) | Codebtor | Husband, Wife, Joint, Community | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|---|
| Honda Financial Svcs PO Box 5025 San Ramon, CA 94583-0925 | | W | 2003 98 Honda Accord LX acct #001 106 5357187 001 | | | | 5,850 | 7,230 | |
| Radio Shack PO Box 8181 Gray, TN 50368-9025 | | H | 1996 television acct #0007 7381 3244 8141 | | | | 100 | 277 | |
| | | | | | | Subtotal (Total of this page) | $ 7,507 | | |
| | | | | | | Total (Use only on last page of the completed Schedule D) | $ 7,507 | | |

_____ continuation sheets attached.

(Schedule D)

(Report total also on Summary of Schedules)

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
13
EA

In re _____
         ALTHAUS
_____
                                              Debtors

Case No. _____

FOR COURT USE ONLY

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zipcode, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete SCHEDULE H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the SUMMARY OF SCHEDULES.

**NOTE: FOR CHAPTER 12 CASES ONLY** – SCHEDULES D, E and F shall be prepared by first listing all farm related debts (clearly set out under the heading "FARMING OPERATION DEBTS") followed by a subtotal of such debts; then listing all non-farm debts (clearly set out under the heading "NON-FARM DEBTS"), followed by a subtotal of such debts; and then a total of all debts listed in that schedule.

☐ **CHECK THIS BOX IF DEBTOR HAS NO CREDITORS HOLDING UNSECURED PRIORITY CLAIMS TO REPORT ON THIS SCHEDULE E.**

**TYPES OF PRIORITY** (Check the appropriate box[es] below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacations, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2001 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| Creditor's Name and Mailing Address Including Zipcode and Account No. (See instructions above.) | Codebtor | Husband, Wife, Joint, Community | Date Claim Was Incurred and Consideration For Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled To Priority AND CODE SECTION |
|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service 4330 Watt Ave., SA 5357 North Highland, CA 95660 | | J | precautionary claim | | | | | |
| Oregon Dept. of Revenue 955 Center St. NE #353 Salem, OR 97301-2555 | | J | 2003 income tax | | | | 600 | |
| | | | Subtotal (Total of this page) | | | | $ 600 | |
| | | | Total (Use only on last page of the completed Schedule E) | | | | $ 600 | |

_____ continuation sheets attached.

(Report total also on Summary of Schedules)

STEVENS-NESS LAW PUBLISHING CO.
Portland, Oregon 97204    NB/NLN
15

In re ............................................................................

................ALTHAUS................................................
DEBTOR(S)

Case No.................................................

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

**FOR COURT USE ONLY**

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column Labeled "Husband, Wife, Joint, Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

NOTE: FOR CHAPTER 12 CASES ONLY — Schedules D, E and F shall be prepared by first listing all farm related debts (clearly set out under the heading "FARMING OPERATION DEBTS") followed by a subtotal of such debts; then listing all non-farm debts (clearly set out under the heading "NON-FARM DEBTS"), followed by a subtotal of such debts; and then a total of all debts listed in that schedule.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code AND ACCOUNT NO. | Codebtor | Husband, Wife, Joint, Community | Date Claim Was Incurred and Consideration for Claim, If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Chase Manhattan<br>PO Box 15919<br>Wilmington, DE 19850-5919 | | H | 1997<br>credit card<br>acct #6263 4011 7401 1339 | | | | 2,695 |
| Discover<br>PO Box 15192<br>Wilmington, DE 19850-5192 | | H | 1996<br>credit card<br>acct #6011 0098 1056 4851 | | | | 2,691 |
| Sears<br>PO Box 818017<br>Cleveland, OH 44181-8017 | | H<br>W | 1997, acct #0056393 224045<br>1996, acct #0652729 813301<br>purchases | | | | 2,554<br>3,058 |
| JC Penney<br>PO Box 981131<br>El Paso, TX 79998 | | W | 1999<br>purchases<br>acct #829 337 837 1 | | | | 593 |
| Texaco<br>PO Box 9151<br>Des Moines, IA 50368-9151 | | W | 1999<br>gasoline card, purchases<br>acct #71 822 3547 8 | | | | 582 |
| Bank One<br>PO Box 8776<br>Wilmington, DE 19899-8776 | | W | 1998<br>credit card<br>acct #5467 1050 0164 3214 | | | | 1,081 |

Subtotal
(Total of this page)    $ 13,254

Total
(Use only on last page of the completed Schedule F)    $

_____ continuation sheets attached

(Schedule F)

(Report total also on Summary of Schedules)

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
16                          NB

In re _____
_____ ALTHAUS _____
_____ Debtor(s)

Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zipcode AND ACCOUNT NO. | Codebtor | Husband, Wife, Joint, Community | Date Claim Was Incurred and Consideration for Claim; If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Conserv Education Program<br>PO Box 5156<br>Sioux Falls, SD 57117-5156 | | W | 2001<br>student loan | | | | 3,100 |
| Capital One Services<br>PO Box 60000<br>Seattle, WA 98190-6000 | | W | various dates<br>credit card<br>purchases | | | | 150 |
| Capital One Services<br>PO Box 85617<br>Richmond, VA 23285-5617 | | W | alternate address | | | | |
| Sallie Mae<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 | | W | various dates<br>student loan | | | | 9,045 |
| Direct Loan Service Center<br>PO Box 4609<br>Utica NY 13504-4609 | | W | various dates<br>student loan | | | | unknown |
| Comcast<br>PO Box 173885<br>Denver, CO 80217-3685 | | W | 2003-04<br>cable services<br>acct #87781 06110447081 | | | | 178 |
| Alliance One<br>PO Box 1963<br>Southgate, MI 48195-0963 | | W | notice only<br>Comcast account | | | | |
| Professional Credit Svcs<br>PO Box 7548<br>Eugene, OR 97401-0039 | | W | 2003-04<br>collections, SHS<br>medical services | | | | 571 |

Subtotal
(Total of this page) $ 13,004

Total
(Use only on last page of the completed Schedule F) $ 26,298

_____ continuation sheets attached.

(Schedule F)

(Report total also on Summary of Schedules)

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
17                        NB/NS

In re _____
_____ALTHAUS_____
                                              Debtor(s)

Case No. _____

## SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE: A PARTY LISTED ON THIS SCHEDULE MUST ALSO BE LISTED ON THE MASTER MAILING MATRIX.**

XXX Check this box if debtor has no executory contracts or unexpired leases.

**FOR COURT USE ONLY**

| Name and Mailing Address, Including Zipcode, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest; State Whether Lease is for Nonresidential Real Property; State Contract Number of any Government Contract |
|---|---|
|  |  |

## SCHEDULE H – CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

**NOTE: A PARTY LISTED ON THIS SCHEDULE MUST ALSO BE LISTED ON THE MASTER MAILING MATRIX.**

XXX Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
18                                    EA

In re _____
_____    Case No. _____
                    ALTHAUS
                                    Debtor(s)

## SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## AND ALL CHAPTER 12 DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

**FOR COURT USE ONLY**

| Debtor's Marital Status | Dependents of Debtor and Spouse | |
|---|---|---|
| | Relationship | Age |
| separated | Jerod, son | 3 years |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | NONE-UNEMPLOYED | medical assistant |
| Name of Employer | | Samaritan Health Svcs |
| How Long Employed | | approx 2 years |
| Address of Employer | | 525 NE Santiam Hwy Lebanon, OR 97355 |

| Income (Estimate of average monthly income): | | Debtor | Spouse |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) ...... | | $_____ | $ 1,364 |
| Estimated monthly overtime ............................................. | | $_____ | $_____ |
| SUBTOTAL ................................................. | | $_____ | $ 1,364 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security ....................................... | | $_____ | $ 131 |
| b. Insurance ........................................................ | | $_____ | $ 218 |
| c. Union dues ....................................................... | | $_____ | $_____ |
| d. Other (Specify) _____ 401(a) _____ | | $_____ | $ 50 |
| SUBTOTAL OF PAYROLL DEDUCTIONS ................................... | | $_____ | $ 399 |
| TOTAL NET MONTHLY TAKE HOME PAY .................................. | | $_____ | $ 965 |
| Regular income from operation of business or profession or farm (attach Exhibit D) ....... | | $_____ | $_____ |
| Income from real property ............................................. | | $_____ | $_____ |
| Interest and dividends ................................................ | | $_____ | $_____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above ............................. | | $_____ | $_____ |
| Social security or other govenment assistance (Specify) _____ | | $_____ | $_____ |
| Pension or retirement income ......................................... | | $_____ | $_____ |
| Other monthly income (Specify) _____ unemployment _____ | | $ 916 | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| TOTAL MONTHLY INCOME ............................................. | | $ 916 | $ 965 |

TOTAL COMBINED MONTHLY INCOME $___1,881___

(Report total also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: Wife's payroll has not been withholding correct federal taxes.
-----------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------

(Schedule I)

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
19                                    NB

In re _____
_____ JACKIE LOUISE ALTHAUS _____
                                    Debtor(s)

Case No. _____

### SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) AND ALL CHAPTER 12 DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

**FOR COURT USE ONLY**

XXX Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 200 |
| Are real estate taxes included?    Yes ☐    No XXX | |
| Is property insurance included?    Yes ☐    No XXX | |
| Utilities: Electricity and heating fuel | $ |
| Water and sewer | $ |
| Telephone | $ 35 |
| Other (Specify) _____ cable | $ 69 |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 200 |
| Clothing | $ 50 |
| Laundry and dry cleaning | $ |
| Medical and dental expenses | $ |
| Transportation (not including car payments) | $ 75 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ |
| Life | $ |
| Health | $ |
| Auto | $ 65 |
| Other (Specify) _____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ |
| Installment payments (in Chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 187 |
| Other (Specify) _____ student loans | $ 50 |
| Other (Specify) _____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other (Specify) _____ | $ |
| TOTAL MONTHLY EXPENSES | $ 931 |

(Report total also on Summary of Schedules)

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
**Provide the information requested below:**

| | |
|---|---:|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each month | $ |

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
19          NB

In re _____
    MARK EDWARD ALTHAUS
_____
                                 Debtor(s)

Case No. _____

## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) AND ALL CHAPTER 12 DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

XXX Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 200 |
| Are real estate taxes included?   Yes ☐  No ☒ | |
| Is property insurance included?   Yes ☐  No ☒ | |
| Utilities:  Electricity and heating fuel | $ 100 |
|           Water and sewer | $ |
|           Telephone | $ 30 |
|           Other (Specify) _____ | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 200 |
| Clothing | $ 25 |
| Laundry and dry cleaning | $ 25 |
| Medical and dental expenses | $ |
| Transportation (not including car payments) | $ 46 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 25 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ |
|     Life | $ |
|     Health | $ |
|     Auto | $ 69 |
|     Other (Specify) _____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) _____ | $ |
| Installment payments (in Chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ |
|     Other (Specify) ____ payments to wife's dad for use of car | $ 481 |
|     Other (Specify) _____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ 200 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other (Specify) _____ | $ |
| TOTAL MONTHLY EXPENSES | $ 1,401 |

(Report total also on Summary of Schedules)

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
**Provide the information requested below:**

| | |
|---|---|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each month | $ |

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
20                        NB

In re _____

    ALTHAUS _____

_____
                                       Debtor(s)

Case No. _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

13

**I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets [total shown on summary page plus 1], and that they are true and correct to the best of my knowledge, information, and belief.**

FOR COURT USE ONLY

_____
          05/21/04

Date

_____
          05/21/04

Date

[If joint case, both spouses must sign.]

_____
Signature of Debtor

_____
Signature of Joint Debtor (if any)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

**I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the following summary and schedules, consisting of _____ sheets [total shown on summary page plus 1], and that they are true and correct to the best of my knowledge, information, and belief.**

_____
Date

_____
Signature

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.**

# United States Bankruptcy Court

For the _____ District of _____

In re _____ MARK EDWARD ALTHAUS_____
_____ JACKIE LOUISE ALTHAUS_____   Case No. _____
                                  Debtor(s)

**FOR COURT USE ONLY**

## STATEMENT OF FINANCIAL AFFAIRS
Form No. 7

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activites as well as the individual's personal affairs.

Questions 1 – 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 – 25. **EACH QUESTION MUST BE ANSWERED. IF THE ANSWER TO ANY QUESTION IS "NONE," OR THE QUESTION IS NOT APPLICABLE, MARK THE BOX LABELED "NONE."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the **six years** immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Amount                                                                Source (if more than one)

```
Husband:2002--40,548
        2003--21,163
  Wife:2002-- 7,923
        2003--11,787
```

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Amount                                                                Source (if more than one)

Husband receives approx $916 per month in unemployment benefits.

**3. Payments to creditors**

None ☒ X   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|



# STATEMENT OF FINANCIAL AFFAIRS (Continued)
Form No. 7

### 3. Payments to creditors (Continued)

None □  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

**Debtor pays Wife's father approx $481 per month for use of vehicle, which Wife's father purchased for their use.**

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None XXX  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court and Location | Status or Disposition |
|---|---|---|---|

None XXX  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property Was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None XXX  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|

### 6. Assignments and receiverships

None XXX  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|



# STATEMENT OF FINANCIAL AFFAIRS (Continued)
Form No. 7

**6. Assignments and receiverships (Continued)**

None
XX**X**

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court<br>Case Title and Number | Date of Order | Description and<br>Value of Property |
|---|---|---|---|
| | | | |

**7. Gifts**

None
XXX

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person<br>or Organzation | Relationship<br>To Debtor, if any | Date of Gift | Description and<br>Value of Gift |
|---|---|---|---|
| | | | |

**8. Losses**

None
XXX

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, if Loss Was Covered<br>in Whole or in Part by Insurance, Give Particulars | Date of Loss |
|---|---|---|
| | | |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment,<br>Name of Payor if other than Debtor | Amount of Money or<br>Description and Value of Property |
|---|---|---|
| | | |

see attorney disclosure

**10. Other transfers**

None
XX**X**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee,<br>Relationship to Debtor | Date | Describe Property Transferred<br>and Value Received |
|---|---|---|
| | | |

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR    www.stevensness.com
24                                    EA

# STATEMENT OF FINANCIAL AFFAIRS (Continued)
Form No. 7

### 11. Closed financial accounts

**None**
**XⓍX**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

### 12. Safe deposit boxes

**None**
**XⓍX**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Names and Addresses of Those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

### 13. Setoffs

**None**
**XⓍX**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

### 14. Property held for another person

**None**
**☐**
List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

Debtor pays father-in-law for use of car.

### 15. Prior address of debtor

**None**
**☐**
If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|
| 422 SE Hill Street, Albany OR 97322 | | |
| 416 SE Hill Street, Albany OR 97322 | | |
| 227 SE Academy Street, Dallas OR 97338 | | |
| 1739 SW 17th Avenue, Albany OR 97321 | | |

 

## STATEMENT OF FINANCIAL AFFAIRS (Continued)
Form No. 7

**16. Spouses and Former Spouses**

None
XXX

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
XXX

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None
XXX

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None
XXX

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

**18. Nature, location and name of business**

None
XXX

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| Name | Taxpayer Identification Number | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|

**18. Nature, location and name of business (Continued)**

None ☐ b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more that 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

**(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)**

**19. Books, records and financial statements**

None ☐ a.  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|------------------|-------------------------|

None ☐ b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of accounts and records, or prepared a financial statement of the debtor.

| Name | Address | Dates Services Rendered |
|------|---------|-------------------------|

None ☐ c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| Name | Address |
|------|---------|

None ☐ d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| Name and Address | Date Issued |
|------------------|-------------|

**20. Inventories**

None ☐ a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

**20. Inventories (Continued)**

None  b.   List the name and address of the person having possession of the records of each of the two inventories reported in 20a.
☐

Date of Inventory                                                        Name and Addresses of Custodian
                                                                         of Inventory Records

**21. Current Partners, Officers, Directors and Shareholders**

None  a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

Name and Address                          Nature of Interest                    Percentage of Interest

None  b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5
☐      percent or more of the voting securities of the corporation.

                                                                                Nature and Percentage
Name and Address                          Title                                 of Stock Ownership

**22. Former Partners, Officers, Directors and Shareholders**

None  a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this
☐      case.

Name                                      Address                               Date of Withdrawal

None  b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the
☐      commencement of this case.

Name and Address                          Title                                 Date of Termination

**23. Withdrawals from a partnership or distributions by a corporation**

None      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☐      bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

Name and Address of Recipient,            Date and Purpose                      Amount of Money or Description
Relationship to Debtor                    of Withdrawal                         and Value of Property

**24. Tax Consolidation Group**

None      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax pur-
☐      poses of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

Name of Parent Corporation                                 Taxpayer Identification Number

STEVENS-NESS LAW PUBLISHING CO.
Portland, OR      www.stevensness.com
28
EB

## STATEMENT OF FINANCIAL AFFAIRS (Continued)
Form No. 7

**25.     Pension Funds**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has
☐        been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

                Name of Pension Fund                                                       Taxpayer Identification Number

**[If completed by an individual or individual and spouse]**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and
that they are true and correct.

05/21/04

Date                                                          Signature of Debtor

05/21/04

Date                                                          Signature of Joint Debtor (if any)

**[If completed on behalf of a partnership or corporation]**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and
that they are true and correct to the best of my knowledge, information and belief.

Date                                                          Signature

                                                              Printed or Typed Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.**

## CERTIFICATION AND SIGNING OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided
the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer                                  Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Date                                                                 Signature of Bankruptcy Petition Preparer

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 18 U.S.C. § 156.**

_____ continuation sheets attached